IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| MAGDALENA BOJKO and COURTNEY HEEREN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIERRE FABRE USA INC.,<br><br>Defendant. | Case No.: 1:22-cv-6728<br><br>Honorable Thomas M. Durkin |

---

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Magdalena Bojko and Courtney Heeren, and Defendant Pierre Fabre USA Inc. by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.


Dated: September 14, 2023

Respectfully submitted,

By: */s/ Max S. Roberts*
Max S. Roberts

Max S. Roberts
**BURSOR & FISHER, P.A**
1330 Avenue of the Americas
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606

                                Telephone: (866) 252-0878
                                Email: gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Telephone: (313) 303-3472
Email: nsuciu@milberg.com

*Attorneys for Plaintiffs*

Dated: September 14, 2023                Respectfully submitted,

By: /s/ *Madison H. Kitchens*
Robert B. Friedman (admitted *pro hac vice*)
Madison H. Kitchens (admitted *pro hac vice*)
Christopher P. Eby
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309
(T): 404-572-4600
rfriedman@kslaw.com
mkitchens@kslaw.com
ceby@kslaw.com

*Counsel for Defendant Pierre Fabre USA Inc.*